IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| State Farm Fire and Casualty Company, ) | C/A No.: 0:12-151-MBS-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| Robert B. Nivens, Laurie Hatcher, Hope ) | |
| L. Hubbard, David Burton Wright, ) | |
| Thomas Stephen Jones, Tia Jones, ) | |
| Joshua Lane Carpenter, Christina ) | |
| Queen, and Kim M. Nivens, ) | |
| ) | |
| Defendants. ) | |

Defendants Robert B. Nivens and Kim N. Nivens ("Nivens Defendants") are proceeding *pro se* in this declaratory judgment action. Plaintiff filed a motion for summary judgment on November 13, 2012. [Entry #77]. As the Nivens Defendants are proceeding *pro se*, the court entered an order on November 14, 2012, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising them of the importance of a motion for summary judgment and of the need for them to file adequate responses. [Entry #79]. The Nivens Defendants were specifically advised that if they failed to respond adequately, Plaintiff's motion may be granted.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, the Nivens Defendants have failed to respond to the motion. As such, it appears to the court that they do not oppose the motion. Based on the foregoing, the Nivens Defendants are directed to advise the court by March 8, 2013, whether they oppose Plaintiff's motion and to identify the legal grounds for such opposition. If the

Nivens Defendants fail to file responses, the undersigned will make a determination on the existing record.

    IT IS SO ORDERED.

*Shiva V. Hodges*

February 22, 2013                              Shiva V. Hodges
Columbia, South Carolina              United States Magistrate Judge