IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| State Farm Fire and Casualty Company, | ) | C/A No.: 0:12-151-MBS-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Robert B. Nivens, Laurie Hatcher, Hope L. Hubbard, David Burton Wright, Thomas Stephen Jones, Tia Jones, Joshua Lane Carpenter, Christina Queen, and Kim M. Nivens, | ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter comes before the court on the motion [Entry #95] of counsel for defendant Hope L. Hubbard to substitute Attorney Payton Hoover of the law firm of Campbell and Associates for the current counsel of record, Denise L. Bessellieu, formerly of Campbell and Associates. The court is informed that Mr. Hoover will be handling this case on behalf of Defendant Hubbard and Ms. Bessellieu is no longer involved in the case.

The court grants the motion and orders that Attorney Hoover be substituted as counsel of record Defendant Hubbard and that Attorney Bessellieu be removed as counsel of record.

IT IS SO ORDERED.

March 26, 2013
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge